1  MCGREGOR W. SCOTT
   United States Attorney
2  ROSANNE L. RUST
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  (916) 554-2700

**FILED**

**APR 05 2018**

6  Attorneys for Plaintiff
   United States of America

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,            CASE NO. 2:18-CR-0069 GEB

12 |                Plaintiff,             ORDER TO SEAL
                                           (UNDER SEAL)
13 |         v.

14 | WILLIAM BENNETT, ET AL.
                                           **SEALED**
15 |                Defendants.

17  The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney ROSANNE L.
18  RUST to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of
19  the Court.

21  Dated: 4/5/18

                                           _____
                                           HONORABLE ALLISON CLAIRE
                                           United States Magistrate Judge