Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
WILLIAM BENNETT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM BENNETT, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:18-CR-00069-GEB<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Rosanne Rust, Assistant United States Attorney, attorney for plaintiff; and Michael E. Hansen, attorney for defendant William Bennett, that the pretrial release conditions for William Bennett be modified as follows:

1.　You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

/ /

/ /

/ /

/ /

/ /

/ /

1

Amended Stipulation and [Proposed] Order for Modification of Pretrial Release Conditions

All other conditions remain in effect.

Dated: May 9, 2018 Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
WILLIAM BENNETT

Dated: May 9, 2018 McGREGOR SCOTT
United States Attorney

By: /s/ Michael E. Hansen for
ROSANNE RUST
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

It is so ordered.
DATED: MAY 10, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge