Candice L. Fields - SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
CHRISTINA BENNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGET COILTON, et al.,<br><br>Defendant. | NO. 2:18-cr-00069-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: August 24, 2018<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney ROSANNE RUST, Assistant Federal Defender LINDA C. ALLISON, attorney for BRIDGET COILTON, MICHAEL E. HANSEN, attorney for WILLIAM BENNETT, and CANDICE L. FIELDS, attorney for CHRISTINA BENNETT, that the status conference currently set for August 24, 2018, be vacated and continued to October 19, 2018, at 9:00 a.m.

The parties further stipulate and agree that the time from the date of this stipulation, August 20, 2018 through October 19, 2018, should be excluded from the time calculations under the Speedy Trial Act. 18 U.S.C. § 3161.

-1-

1  Defense counsel requires additional time to review the discovery and conduct an
2  investigation. The parties therefore stipulate that the ends of justice are served by the
3  Court excluding such time, so that counsel for the defendants may have reasonable
4  time necessary for effective preparation, taking into account the exercise of due
5  diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local
6  Code T-4.

For all of these reasons, the parties stipulate and agree to exclude time from the date of this stipulation August 20, 2018 to October 19, 2018, under the Speedy Trial Act (18 U.S.C. § 3161) and the Local Rules.

Respectfully submitted,

Dated: August 20, 2018  McGREGOR W. SCOTT
United States Attorney

*/s/ Candice L. Fields for*
ROSANNE RUST
Assistant United States Attorney

Dated: August 20, 2018  HEATHER E. WILLIAMS
Federal Defender

*/s/ Candice L. Fields for*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
BRIDGET COILTON

Dated: August 20, 2018  */s/ Candice L Fields for*
MICHAEL E. HANSEN
Attorney for WILLIAM BENNETT

Dated: August 20, 2018  */s/ Candice L. Fields*
CANDICE L. FIELDS
Attorney for CHRISTINA BENNETT

///

**ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for August 24, 2018, at 9:00 a.m., be vacated and continued to October 19, 2018, at 9:00 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though October 19, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: August 23, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge