CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450
cfields@candicefieldslaw.com

Attorney for Defendant CHRISTINA BENNETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-00069-GEB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR MODIFICATION (REMOVAL) OF PRETRIAL RELEASE CONDITION |
| WILLIAM BENNETT, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Rosanne Rust, Assistant United States Attorney, attorney for Plaintiff, Candice L. Fields, attorney for defendant Christina Bennett, and Michael E. Hansen, attorney for defendant William Bennett, that the previously-ordered pretrial release condition for both defendants be modified by REMOVAL of the following condition:

> You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependence, as approved by the pretrial services officer. You must pay for all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

1 STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION (REMOVAL) OF PRETRIAL RELEASE CONDITIONS
Case No. 2:18-CR-00069-GEB

The removal of this pretrial condition was recommended by Pretrial Release Officer Taifa Gaskins who has determined that it is no longer necessary.

All other conditions remain in effect.

Respectfully submitted,

Dated: September 4, 2018

McGREGOR SCOTT
United States Attorney

*/s/ Candice L. Fields*
CANDICE L. FIELDS for
ROSANNE RUST
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: September 4, 2018

*/s/ Candice L. Fields*
Candice L. Fields
Attorney for Defendant
CHRISTINA BENNETT

Dated: September 4, 2018

*/s/ Michael E. Hansen*
Michael E. Hansen
Attorney for Defendant
WILLIAM BENNETT

///

///

## ORDER

UPON GOOD CAUSE HAVING BEEN SHOWN, and the stipulation of the parties, IT IS HEREBY ORDERED THAT that the conditions of pretrial release shall be modified to remove the following condition:

> You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependence, as approved by the pretrial services officer. You must pay for all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions of supervised release shall remain in effect.

IT IS SO ORDERED.

Dated: September 5, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE