Candice L. Fields - SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:  (916)414-8050
Fax:  (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
CHRISTINA BENNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGET COILTON, et al.,<br><br>Defendant. | NO.   2:18-cr-00069-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:      March 29, 2019<br>TIME:       9:00 a.m.<br>JUDGE:    Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney ROSANNE RUST, Assistant Federal Defender LINDA C. ALLISON, attorney for BRIDGET COILTON, MICHAEL E. HANSEN, attorney for WILLIAM BENNETT, and CANDICE L. FIELDS, attorney for CHRISTINA BENNETT, that the status conference currently set for January 11, 2019, be vacated and continued to March 29, 2019, at 9:00 a.m.

The parties further stipulate and agree that the time from the date of this stipulation, January 11, 2019, through March 29, 2019, should be excluded from the time calculations under the Speedy Trial Act.  18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | |
|---|---|
| 1 | The government has produced more than 33,000 pages of discovery in this case. |
| 2 | Defense counsel requires additional time to review the discovery, consult with their |
| 3 | clients, examine possible defenses, and continue investigating the facts of the case. |
| 4 | Defense counsel believes that failure to grant the above-requested |
| 5 | continuance would deny counsel the reasonable time necessary for effective |
| 6 | preparation, taking into account the exercise of due diligence. |
| 7 | The parties therefore stipulate that the ends of justice are served by the Court |
| 8 | excluding such time, so that counsel for the defendants may have reasonable time |
| 9 | necessary for effective preparation, taking into account the exercise of due diligence. 18 |
| 10 | U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4. |
| 11 | For all of these reasons, the parties stipulate and agree to exclude time from the |
| 12 | date of this stipulation January 11, 2019 to March 29, 2019, under the Speedy Trial Act |
| 13 | (18 U.S.C. § 3161) and the Local Rules. |

Respectfully submitted,

Dated: January 9, 2019
McGREGOR W. SCOTT
United States Attorney

*/s/ Candice L. Fields for*
ROSANNE RUST
Assistant United States Attorney

Dated: January 9, 2019
HEATHER E. WILLIAMS
Federal Defender

*/s/ Candice L. Fields for*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
BRIDGET COILTON

Dated: January 9, 2019
*/s/ Candice L Fields for*
MICHAEL E. HANSEN
Attorney for WILLIAM BENNETT

Dated: January 9, 2019		/s/ Candice L. Fields
				CANDICE L. FIELDS
				Attorney for CHRISTINA BENNETT

**ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for January 11, 2019, at 9:00 a.m., be vacated and continued to March 29, 2019, at 9:00 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though March 29, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv) and Local Code T4, because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: January 10, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge