Candice L. Fields, SBN 172174
CANDICE FIELDS LAW
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Tel: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
CHRISTINA BENNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGET COILTON, et al.,<br><br>Defendant. | NO. 2:18-CR-00069-GEB<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND [PROPOSED] ORDER**<br><br>DATE: June 7, 2019<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney ROSANNE RUST, Assistant Federal Defender LINDA C. ALLISON, attorney for BRIDGET COILTON, MICHAEL E. HANSEN, attorney for WILLIAM BENNETT, and CANDICE L. FIELDS, attorney for CHRISTINA BENNETT, as follows:

1. By previous order, this matter was set for status on June 7, 2019.

2. By this stipulation, the defendants now move to continue the status conference until July 26, 2019, under 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced more than 33,000 pages of discovery in this case.

    b) Defense counsel requires additional time to review the discovery, consult with their clients, examine possible defenses, research and analyze applicable Sentencing Guidelines, and continue investigating the facts of the case.

    c) Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Further, the Court has requested that the parties stipulate to continue the currently-set date for the status conference in this matter.

    f) Based upon the above-stated findings, ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 7, 2019 to July 26, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A), B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable

from the period within which a trial must commence, or that the same provision of the Speedy Trial Act dictates future exclusions.

IT IS SO STIPULATED.

/ / /

                                Respectfully submitted,

Dated: May 28, 2019                McGREGOR W. SCOTT
United States Attorney

*/s/ Candice L. Fields for*
ROSANNE RUST
Assistant United States Attorney

Dated: May 28, 2019                HEATHER E. WILLIAMS
Federal Defender

*/s/ Candice L. Fields for*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
BRIDGET COILTON

Dated: May 28, 2019                */s/ Candice L Fields for*
MICHAEL E. HANSEN
Attorney for WILLIAM BENNETT

Dated: May 28, 2019                */s/ Candice L. Fields*
CANDICE L. FIELDS
Attorney for CHRISTINA BENNETT

**ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for June 7, 2019, at 9:00 a.m., be vacated and continued to July 26, 2019, at 9:00 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order

through July 28\6, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv) and Local Code T4, because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: June 4, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge