Candice L. Fields, SBN 172174
CANDICE FIELDS LAW
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Tel: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
CHRISTINA BENNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGET COILTON, et al.,<br><br>Defendant. | NO. 2:18-CR-00069-GEB<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND [PROPOSED] ORDER**<br><br>DATE: November 15, 2019<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney ROSANNE RUST, Assistant Federal Defender LINDA C. ALLISON, attorney for BRIDGET COILTON, MICHAEL E. HANSEN, attorney for WILLIAM BENNETT, and CANDICE L. FIELDS, attorney for CHRISTINA BENNETT, as follows:

1. By previous order, this matter was set for status on November 15, 2019.

2. By this stipulation, the defendants now move to continue the status conference until January 24, 2020, under 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare], and Local Code T4.

1    3.   The parties agree and stipulate, and request that the Court find the
2 following:
3        a)   The government has produced more than 33,000 pages of
4 discovery in this case.
5        b)   Defense counsel requires additional time to continue their review of
6 the discovery, investigate the facts of the case, review the loss at issue and
7 discuss that with the United States, consult with their clients, examine additional
8 defenses, research and analyze applicable Sentencing Guidelines and other
9 sentencing factors, and discuss potential resolution(s) with their clients.
10       c)   Defense counsel believes that failure to grant the above-requested
11 continuance would deny counsel the reasonable time necessary for effective
12 preparation, taking into account the exercise of due diligence.
13       d)   The government does not object to the continuance.
14       e)   Based upon the above-stated findings, ends of justice are served
15 by the Court excluding such time, so that counsel for the defendants may have
16 reasonable time necessary for effective preparation, taking into account the
17 exercise of due diligence.
18       f)   For the purpose of computing time under the Speedy Trial Act, 18
19 U.S.C. § 3161, et seq., within which trial must commence, the time period of
20 November 15, 2019 to January 24, 2020, inclusive, is deemed excludable
21 pursuant to 18 U.S.C. §3161(h)(7)(A), B(iv) and Local Code T4 because it results
22 from a continuance granted by the Court at defendant's request on the basis of
23 the Court's finding that the ends of justice served by taking such action outweigh
24 the best interest of the public and the defendant in a speedy trial.
25    4.   Nothing in this stipulation and order shall preclude a finding that other
26 provisions of the Speedy Trial Act dictate that additional time periods are excludable
27 from the period within which a trial must commence, or that the same provision of the
28 Speedy Trial Act dictates future exclusions.

IT IS SO STIPULATED.

                                                                  Respectfully submitted,

Dated: November 13, 2019                       McGREGOR W. SCOTT
                                                                   United States Attorney

                                                                   */s/ Candice L. Fields for*
                                                                   ROSANNE RUST
                                                                  Assistant United States Attorney

Dated: November 13, 2019                       HEATHER E. WILLIAMS
                                                                   Federal Defender

                                                                   */s/ Candice L. Fields for*
                                                                  LINDA C. ALLISON
                                                                  Assistant Federal Defender
                                                                  Attorney for Defendant
                                                                  BRIDGET COILTON

Dated: November 13, 2019                       */s/ Candice L Fields for*
                                                                   MICHAEL E. HANSEN
                                                                  Attorney for WILLIAM BENNETT

Dated: November 13, 2019                       */s/ Candice L. Fields*
                                                                   CANDICE L. FIELDS
                                                                  Attorney for CHRISTINA BENNETT

**ORDER**

    IT IS HEREBY ORDERED that the status conference hearing set for November 15, 2019, at 9:00 a.m., be vacated and continued to January 24, 2020, at 9:00 a.m.

    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order through January 24, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and Local Code T4, because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of

justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: November 14, 2019

                                             GARLAND E. BURRELL, JR.
                                             Senior United States District Judge