IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:18-CR-00069-KJM |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING DEFENDANT WILLIAM BENNETT'S REQUEST TO SEAL** |
| vs. | ) | |
| WILLIAM BENNETT, | ) | |
| Defendant. | ) | |

Upon application of William Bennett, through counsel, and good cause being shown,

IT IS HEREBY ORDERED that Defendant William Bennett's Health History Summary and Character reference Letter be SEALED until ordered unsealed by the Court.

DATED: February 14, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE